the credibility of the witnesses and the evidence proffered" *(Matter of McCarthy v Braiman,* 125 AD2d 572). (Appeal from Order of Niagara County Family Court, Hamilton, H.E.—Child Support.) Present—Pine, J. P., Lawton, Wesley, Callahan and Davis, JJ.

■ In the Matter of NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of KAY B., Respondent, v SAMUEL M., Appellant. (Appeal No. 2.) [636 NYS2d 683] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Niagara County Dept. of Social Servs., (Kay B.) v Samuel M.* (222 AD2d 1071 [decided herewith]). (Appeal from Order of Niagara County Family Court, Crapsi, J.—Paternity.) Present—Pine, J. P., Lawton, Wesley, Callahan and Davis, JJ.

■ In the Matter of GARY J. GEAMPA et al., Respondents, v DONALD WALCK et al., Constituting the Zoning Board of Appeals of the Town of Pendleton, Appellants. (Appeal No. 1.) [636 NYS2d 683] —Appeal unanimously dismissed without costs *(see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeal from Judgment of Supreme Court, Niagara County, Mintz, J.—CPLR art 78.) Present—Pine, J. P., Lawton, Wesley, Callahan and Davis, JJ.

■ In the Matter of GARY J. GEAMPA et al., Respondents, v DONALD WALCK et al., Constituting the Zoning Board of Appeals of the Town of Pendleton, Appellants. (Appeal No. 2.) [636 NYS2d 515] —Order unanimously reversed on the law without costs and petition dismissed. Memorandum: Supreme Court erred in granting the petition to set aside the Zoning Board of Appeals' denial of petitioners' application for a use variance to allow a dog kennel at petitioners' residence. The determination of the Zoning Board of Appeals is entitled to great deference and must be sustained if it has a rational basis and is supported by substantial evidence *(Matter of Cohen v Hahn,* 155 AD2d 969, 970). To obtain a use variance, a petitioner "must demonstrate factually, by dollars and cents proof, an inability to realize a reasonable return under existing permissible uses" *(Matter of Village Bd. v Jarrold,* 53 NY2d 254, 256; *see also, Matter of Cohen v Hahn, supra).* Petitioners failed to show that they could not realize a reasonable rate of return by the use of their property as a residence, without a dog kennel. Thus, the Zoning Board of Appeals properly denied their application. (Appeal from Order of Supreme Court, Niagara County, Mintz, J.—Reargument.) Present—Pine, J. P., Lawton, Wesley, Callahan and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN KOBERTSTEIN, Appellant. [636 NYS2d 696] —Judgment